UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

REBECCA CASTIILO,

                    Plaintiff,

          -v-

MAX MARA, U.S.A., INC.,

                  Defendant.

-----------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: October 12, 2017 |

17-cv-7621 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

On October 5, 2017, plaintiff filed this action in the Southern District of New York, and asserts that venue is proper pursuant to 28 U.S.C. § 1391(b)(1). (Compl. ¶ 8, ECF No. 1.)

After reviewing the complaint, the Court notes that plaintiff alleges "[a] substantial part of the acts and omissions giving rise to Plaintiff's claims occurred in California", and that "Plaintiff has been denied the full use and enjoyment of the facilities, goods, and services of Defendant's website in Los Angeles County." (Id. ¶ 13.) Accordingly, it is hereby ORDERED that:

1. Plaintiff shall file a letter setting forth, with greater specificity, the basis on which venue is proper in this District as opposed to the Central District of California. Plaintiff is directed to file the letter not later than **Friday, October 20, 2017**. It appears that a transfer is appropriate.

2.  Plaintiff shall serve a copy of this order as well as her letter response

on defendant, and shall file proof of such service on the docket.

SO ORDERED.

Dated:        New York, New York
              October 12, 2017

_____
KATHERINE B. FORREST
United States District Judge

2